UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FERNANDO CELSO ALVAREZ GALLIMORE,

Petitioner,

v.

WARDEN, MESA VERDE DETENTION FACILITY,

Respondents.

No. 1:26-cv-04813-DAD-CKD (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. Nos. 1, 6)

Petitioner is a federal immigration detainee proceeding *pro se* with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 30, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's habeas petition (Doc. No. 1) be granted. (Doc. No. 6.) Specifically, the magistrate judge concluded that petitioner is not properly detained pursuant to 8 U.S.C. § 1225(b)(1)(B)(ii) in light of his prior release from immigration detention, and that petitioner's re-detention violated his Fifth Amendment due process rights. (*Id.* at 4–8.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days of service. (*Id.* at 9.) To date, neither party has filed objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations filed on July 30, 2026 (Doc. No. 6), are ADOPTED in full;
2. The petition for writ of habeas corpus (Doc. No. 1), is GRANTED as follows:
   a. Respondents are ORDERED to immediately release petitioner Fernando Celso Alvarez Gallimore, A-File No. 203-753-705, from respondents' custody on the same conditions, if any, he was subject to prior to his re-detention on or about October 23, 2025;
   b. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner at least 7 days' written notice and a pre-detention hearing before a neutral adjudicator where respondents demonstrate by clear and convincing evidence that petitioner poses a danger to the community or flight risk;
3. The Clerk of the Court is directed to serve a copy of this order on the Mesa Verde Detention Facility; and
4. The Clerk of the Court is also directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated: **August 18, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE